### Peggy Ann WISHNESKI, Petitioner,

v.

## OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2014–3128.

United States Court of Appeals, Federal Circuit.

July 15, 2014.

Peggy Ann Wishneski, Palm Coast, FL, pro se.

Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, Washington, DC, for Respondent.

## ON MOTION

### ORDER

Peggy Ann Wishneski moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.